

U.S. Department of Justice

United States Attorney
Southern District of Florida

---

MICHAEL N. BERGER
ASSISTANT UNITED STATES ATTORNEY

99 N.E. 4 Street
Miami, FL 33132
(305) 961-9445
Michael.berger2@usdoj.goc

January 12, 2021

**VIA E-MAIL**

**21-MJ-2394-BECERRA**

Marcello Henriquez Maionica

Dear Mr. Henriquez:

The United States Attorney's Office for the Southern District of Florida has been asked by agents from Homeland Security Investigations to review certain evidence concerning a matter in which your activities have been subjected to investigative scrutiny. Your alleged activities, including money laundering in violation of Title 18, United States Code, Section 1956, are subject to potential criminal penalties and prosecution in the federal court system. Accordingly, please be advised that you are considered a target of this criminal investigation.

Please be advised that you are not obligated at any time to make any statements. Any statements that you choose to make may be used as evidence against you. You also have the right to an attorney, and if you cannot afford an attorney, the court will appoint an attorney for you.

Although not obligated to make any statements to law enforcement agents, you may wish to supply your version of the events in question to interviewing agents, either for the purpose of providing information which you believe to be inconsistent with your own alleged guilt, or for the purpose of cooperating in this investigation with regard to the activities of any other individuals. You may also wish to seek the assistance of an attorney before making any such statement.

Please be cautioned again, however, that, should you wish to provide information, or give a statement, concerning the activities currently under investigative scrutiny or, for that matter, any other subject, any statement that you make to investigators may be used against you during any future criminal, civil or administrative proceeding, or for any other purpose.

Regardless of how you may wish to handle this matter, please be advised that there are certain time limits, which if allowed to pass, may preclude your future ability to provide a statement at a time before criminal charges have been brought. Therefore, I suggest that you make any decision concerning whether you will supply a statement as soon as possible.

In closing, please be advised that your attorney, should you elect to retain the services of a lawyer, he/she may reach me at (305) 961-9445.  Alternatively, if you cannot afford an attorney, and wish to have the court appoint a lawyer for you, please have your attorney contact me and we can arrange a court date to see whether a lawyer could be appointed for you.

Sincerely yours,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:  *[signature]*

Michael N. Berger
Assistant U. S. Attorney